AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 1:17CR507

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Special Agent Jeffrey D. Buttolph
was received by me on *(date)* 5-7-18

☒ I served the subpoena by delivering a copy to the named person as follows:
Residence Service - under secured Door -
on *(date)* 5-7-18 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5-7-18

*Diane Marchinko*
Server's signature

DIANE MARCHINKO
Printed name and title

4381 W.58th Cleve Oh. 44144
Server's address

Additional information regarding attempted service, etc: