AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| CHARLES DAVID SNYDER | ) | Case No. 17-CR-00507 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Special Agent Jeffrey D. Buttolph
US Department of Labor, Office of Inspector General
1240 East Ninth Street, Rm 821
Cleveland, OH 44199

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Thomas D. Lambros | Courtroom No.: | Judge Pearson, Rm. 351 |
|---|---|---|---|
| | U.S. Courthouse and Federal Building 125 Market St., Youngstown, OH 44503 | Date and Time: | 05/29/2018 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

1) Copies of all Dept. of Labor memorandums of interviews related to Attevo and/or Ruralogic and/or Charles David Snyder; 2) Copies of all Dept. of Labor notes and internal memoranda related to its investigation of the Attevo and/or Ruralogic 401(k) plans; 3) Copies of all Dept. of Labor memoranda related to Attevo and/or Ruralogic 401(k) plan employee withholdings, deposits, and dates corresponding to the same; and 4) copies of all Dept. of Labor notes and recordings related to Thomas E. Perez, Sec. of Labor v. Charles David Snyder, Case No. 13CV2474.

(SEAL)

The date and time of your appearance is subject to change. Please contact Robert J. Fedor at (440) 250-9709 with any questions.

Date: MAY 11 2018

SANDY OPACICH, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **Charles David Snyder**, who requests this subpoena, are:

Robert J. Fedor
23550 Center Ridge Road, Suite 107
Westlake, OH 44145

rjfedor@fedortax.com
(440) 250-9709

Case No. 17-CR-00507

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Special Agent Jeffery Buttolph was received by me on *(date)* 5.14.18 .

☑ I served the subpoena by delivering a copy to the named person as follows: Put under door-

on *(date)* May 14 2018 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: May-14.18

_Diane Marchinko_
Server's signature

Diane Marchinko  Process Server
Printed name and title

4381 W. 58th St Cleveland Oh 44144
Server's address

Additional information regarding attempted service, etc: