AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CHARLES DAVID SNYDER | ) | Case No. 17-CR-00507 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Adele Heard
6450 Rockside Woods Blvd. S
Independence, Ohio 44131

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Thomas D. Lambros<br>U.S. Courthouse and Federal Building<br>125 Market St., Youngstown, OH 44503 | Courtroom No.: | Judge Pearson, Rm. 351 |
|---|---|---|---|
| | | Date and Time: | 05/29/2018 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(1) Any and all IRS "Archive History Transcripts" for Attevo, Cirric, Ruralogic, Averrock, and Superior Tech Partners from January 1, 2010 to Present.
2) Any and all IRS "Archive History Transcripts", including all trust fund penalty investigation materials for Charles David Snyder and Joseph Burmester from January 1, 2010 to the present; and,
(3) Copies of all IRS memoranda and notes related to the tranfer of Form 941 designated paynments made by Attevo through the EFTPS online payment system from January 1, 2010 to present.

The date and time of your appearance is subject to change. Please contact Robert J. Fedor at (440) 250-9709 with any questions.

*(SEAL)*

Date: **MAY 1 1 2018**

SANDY OPACICH, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Charles David Snyder , who requests this subpoena, are:

Robert J. Fedor
23550 Center Ridge Road, Suite 107
Westlake, OH 44145

rjfedor@fedortax.com
(440) 250-9709

Case No.  17-CR-00507

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: