# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.: 1:17-CR-507 |
| Plaintiff, ) | |
| ) | JUDGE BENITA Y. PEARSON |
| vs. ) | |
| ) | |
| CHARLES DAVID SNYDER, ) | **MOTION FOR CONTINUANCE** |
| ) | **OF SENTENCING HEARING** |
| Defendant. ) | |

Now comes Defendant, Charles David Snyder (hereinafter "Defendant"), by and through undersigned counsel, and respectfully requests a continuance of his sentencing hearing currently scheduled for October 9, 2018. In support thereof, Defendant states the following:

1. The undersigned Counsel is currently scheduled to be in U.S. Tax Court beginning on October 1, 2018, and continuing thereafter, in the matter of *O'Connell v Commissioner*, Docket No. 15210-17.

2. The Tax Court is a circuit riding Court which only comes to Cleveland once or twice per year. Further, the trial docket is set on the first day of the calendar session and, therefore, the undersigned will not know until October 1st on what date the trial will actually commence. As a result, the trial could be set to begin at any point beginning October 2nd through and including October 12th.

3. If the matter goes to trial, as we expect it will, the undersigned estimates that the matter could last between three (3) and four (4) days.

4. The Tax Court calendar was scheduled on April 30, 2018.

5. The undersigned Counsel contacted AUSA Collier who indicated that he had no opinion regarding the requested continuance.

6. The Defense does not seek a continuance on the Presentence Investigation Report calendar dates but only the Sentencing Hearing date.

WHEREFORE, for the above stated reasons, Defendant respectfully requests that the Sentencing Hearing scheduled for October 9, 2018 be continued to allow Counsel to prepare for and attend to the pending matter before the United States Tax Court.

Respectfully Submitted,

/s/ Robert J. Fedor
**ROBERT J. FEDOR, ESQ., LLC**
Robert J. Fedor (Ohio Bar #0042653)
23550 Center Ridge Road, Ste. 107
Westlake, Ohio 44145
(440) 250-9709 Telephone
(440) 250-9714 Facsimile
rjfedor@fedortax.com

## CERTIFICATE OF SERVICE

A copy of the foregoing *Motion for Continuance* was filed via the ECF Filing system on this 8th day of August, 2018 which will electronically send notification to all parties of record in this action.

/s/ Robert J. Fedor
**ROBERT J. FEDOR, ESQ., LLC**
Robert J. Fedor (Ohio Bar #0042653)