Tony George

24462 Cornerstone Lane

Westlake, OH 44145

tgeorge@georgegroupcorp.com

mobile: 216.952.6166


Judge Benita Y. Pearson

313 Thomas D. Lambros United States Federal Building and Courthouse

125 Market St.

Youngstown, OH 44503


Dear Judge Pearson,

My name is Tony George and I am a friend of David Snyder. I am aware of the charges David is facing in your court. I have known Dave for over 15 years when we met through mutual business associates.

During my relationship with Dave, we have had many political discussions, business meetings, and discussions on how to support the State of Ohio. Dave has run several successful businesses and is well respected in the business community. One of the things that people know about Dave is that he has helped many young, aspiring business people gain knowledge and professional experience that has led to their success. He is generous with his time and freely shares his experience with others.

Dave has always put his employees at the top of his priority list. He respects their hard work, dedication and responsibility to their family. He is a man of integrity and people can depend on his word. Unfortunately, I have known him to be taken advantage of by people as well.

However, my most meaningful interaction with Dave has nothing to do with business. While Dave's business contributions have helped maintain our economy, create jobs, enabled families to support their dependents etc., it is the personal side of David Snyder that I admire most.

The first time I remember meeting his family was back in 2005 at a Healing Service held at the CSU Wolstein Center. My family attended with our son, Mikey, who has Down's Syndrome. The Snyder Family sat in front of us with their daughter, Page, who was being treated for Leukemia. We shared fellowship and faith in hopes that our children would receive the gift of healing. I believe it was after that healing service that Dave was quoted in the Cleveland Plain Dealer stating that he would do anything for his children. I now know Dave Snyder at least as well as a husband and father as I do a businessman.



EXHIBIT P

In June 2018, Dave, his wife Michelle, my wife Kris and I came together at Rainbow Babies & Children's Hospital where my son currently receives treatment for Leukemia. After learning of my son's diagnosis, the Snyder's called and came to the hospital to offer much needed support. We didn't know many families who had received the devastating diagnosis that we did. We found great comfort in their presence and sharing of their experience. I also learned that Dave and his wife have mentored many other families and helped them to navigate the diagnosis of Childhood Cancer. My wife points out that it takes enormous strength for the Snyder's to walk the halls of the hospital after facing what they faced. The Snyder's never hesitated.

During the end of June, I realized that I hadn't heard from David in a few days. I contacted his wife and learned that he had been hospitalized and had 3 stents placed due to heart issues. I find it very ironic that my previously healthy, energetic friend has recently had serious heart issues and a noticeable decline in energy. It is clear this prosecutorial event has taken a physical toll on a very respectable person. What it is doing to him and his family emotionally and mentally is immeasurable.

I have spent a lot of time in the last few months with Dave, Michelle and even their oldest daughter, Page. I have seen how the trial and conviction are affecting Dave and his family. Their children are distraught wondering if their father is going to be removed from their daily lives. I know the kind of father and husband that Dave is. I know the kind of businessman Dave Snyder is. I respectfully ask, Your Honor, that you consider these important points when determining the sentence.

Sincerely,

Tony George