Granted.
/s/ *Benita Y. Pearson* on 10/2/2018
United States District Judge

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:17CR00507-001 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| vs. | ) | **MOTION TO FILE** |
| | ) | **SENTENCING MEMORANDUM** |
| | ) | **UNDER SEAL** |
| CHARLES DAVID SNYDER, | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES the Defendant, Charles David Snyder, by and through his undersigned counsel, and respectfully move this Honorable Court to enter an Order permitting him to file his Sentencing Memorandum under seal. The Defendant respectfully submits that the Sentencing Memorandum contains sensitive financial and personal information and/or medical/HIPPA protected information.

WHEREFORE, the Defendant, Charles David Snyder, by and through his undersigned counsel, respectfully requests this Honorable Court to enter an Order permitting him to file his Sentencing Memorandum under seal.

          Respectfully Submitted,

          /s/ Larry W. Zukerman, Esq.
          LARRY W. ZUKERMAN, Esq. (0029498)
          BRIAN A. MURRAY, Esq. (0079741)
          S. MICHAEL LEAR, Esq. (0041544)
          Zukerman, Daiker & Lear, Co., L.P.A.
          3912 Prospect Ave., East
          Cleveland, Ohio 44115
          (216) 696-0900
          lwz@zukerman-law.com
          bam@zukerman-law.com
          sml@zukerman-law.com
          Counsel for Charles David Snyder

          -and-

>ROBERT J. FEDOR, Esq. (0042653)
>Robert J. Fedor, Esq., LLC
>23550 Center Ridge Road #107
>Westlake, Ohio 44145
>(440) 250-9709 Telephone
>(440) 250-9714 Facsimile
>rjfedor@fedortax.com
>Counsel for Charles David Snyder

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically this 1st Day of October 2018. Notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's system.

>/s/ Larry W. Zukerman, Esq.
>LARRY W. ZUKERMAN, Esq.
>BRIAN A. MURRAY, Esq.
>S. MICHAEL LEAR, Esq.