IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:17CR507-001 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES DAVID SNYDER, | ) | <u>STIPULATIONS FOR RESTITUTION</u> |
| | ) | |
| Defendant. | ) | |

Defendant Charles David Snyder ("Defendant") was sentenced on November 1, 2018. He was adjudicated guilty of five counts of willful failure to collect, account for, or pay over tax in violation of 26 U.S.C. § 7202 and one count of embezzlement from employee benefit plan in violation of 18 U.S.C. § 664. At sentencing, this Court ordered restitution, with the final amount subject to modification.

Defendant and the United States of America agree that restitution should be paid in the amount of $667,284.14 to the Internal Revenue Service. Interest on the restitution amount is waived.

Submitted:

JUSTIN E. HERDMAN
United States Attorney

Agreed:

By: /s/ Suzana K. Koch
    Suzana K. Koch (OH: 0073743)
    Assistant United States Attorney
    United States Court House
    801 West Superior Avenue, Suite 400
    Cleveland, OH 44113
    (216) 622-3748
    (216) 522-4982 (facsimile)
    Suzana.Koch@usdoj.gov
    Counsel for United States of America

/s/Robert J. Fedor (via email consent)
**ROBERT J. FEDOR, ESQ., LLC**
Robert J. Fedor (Ohio Bar #0042653)
23550 Center Ridge Road, Ste. 107
Westlake, Ohio 44145
(440) 250-9709 Telephone
(440) 250-9714 Facsimile
rjfedor@fedortax.com
Counsel for Defendant

CERTIFICATE OF SERVICE

    I hereby certify that on this 18th day of December 2018 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

        /s/ Suzana K. Koch
        Suzana K. Koch
        Assistant U.S. Attorney