IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No.: 1:17-CR-507 |
| Plaintiff, | ) |
| | ) JUDGE BENITA Y. PEARSON |
| vs. | ) |
| | ) |
| CHARLES DAVID SNYDER, | ) **DEFENDANT'S NOTICE OF INTENT** |
| | ) **TO PLEAD GUILTY** |
| | ) |
| Defendant. | ) |

Defendant Charles David Snyder, through undersigned counsel, hereby notifies the Court of his intention to plead guilty to Count 7 of the indictment pursuant to a plea agreement. Defendant respectfully asks the Court to schedule a change of plea hearing. In addition, defendant respectfully asks the Court to waive a supplemental Presentence Report under Fed. R. Crim. P. 32(c)(1)(A)(ii) and to impose sentence at the change of plea hearing.

Respectfully Submitted,

/s/ John D. Cline
**LAW OFFICE OF JOHN D. CLINE**
John D. Cline (CA Bar #237759)
50 California Street, Suite 1500
San Francisco, CA 94111
(415) 662-2260 Telephone
(415) 662-2263 Facsimile
cline@johndclinelaw.com

/s/ Robert J. Fedor
**ROBERT J. FEDOR, ESQ., LLC**
Robert J. Fedor (Ohio Bar #0042653)
23550 Center Ridge Road, Ste. 107
Westlake, Ohio 44145
(440) 250-9709 Telephone
(440) 250-9714 Facsimile
rjfedor@fedortax.com

## CERTIFICATE OF SERVICE

A copy of the foregoing *Defendant's Notice of Intent to Plead Guilty* was filed via the ECF Filing system on this 29th day of November, 2019 which will electronically send notification to all parties of record in this action.

/s/ John D. Cline
John D. Cline
